## UNITED STATES of America v. Anthony J. TOLOMEO.

### No. 11295.

District Court, W. D. Pennsylvania.
Dec. 8, 1943.

Charles F. Uhl, U. S. Atty., and Morris D. Canter, Asst. U. S. Atty., both of Pittsburgh, Pa., for the United States.

A. Morris Ginsburg, of Pittsburgh, Pa., for defendant.

GIBSON, District Judge.

The only distinction between this and the case of the United States v. Tolomeo, D.C., 52 F.Supp. 737, is found in the fact that Anthony J. Tolomeo consented to the search of his premises, whereas the search warrant was served upon Harry Tolomeo. Pursuant to the search stolen goods were alleged to have been found in each case.

The petition to suppress will be denied.